UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:11-CR-142 |
| | ) | (VARLAN/SHIRLEY) |
| UNDRA DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This criminal case is before the Court for consideration of the Report and Recommendation, entered by United States Magistrate Judge C. Clifford Shirley, Jr., on March 29, 2012 (the "R&R") [Doc. 45]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived [*See* Doc. 48 (granting defendant until April 16, 2012, in which to file objections)]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the defendant's motion to suppress [Doc. 34] be denied.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court adopts and incorporates into its ruling. Thus,

the Court **ACCEPTS IN WHOLE** the R&R [Doc. 45] and **DENIES** the defendant's Motion to Suppress [Doc. 34].

IT IS SO ORDERED.

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE